UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>  KENNETH L. DERMER<br>  CARLENE A. DERMER<br><br>                    Debtors | CASE NO: 07-33255<br>         (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4099622**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 9/ 3 | SELENE FINANCE LP<br>ATTENTION: CASHIERING DEPARTMENT<br>9990 RICHMOND SUITE 100<br>HOUSTON, TX  77042 | 2,013.85 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/6/2011

Certificate of Service         07-33255

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

KENNETH L. DERMER
CARLENE A. DERMER
7680 COOK-JONES RD.
WAYNESVILLE, OH  45068

MITCHELL W ALLEN
5947 DEERFIELD BLVD
SUITE 201
MASON, OH  45040

(42.1n)
GE MONEY BANK
% RECOVERY MANAGEMENT SYSTEMS
25 SE 2ND AVE   SUITE 1120
MIAMI, FL  33131

(34.1n)
LITTON LOAN SERVICING
BOX 829009
DALLAS, TX  75382

(3.4)
LITTON LOAN SERVICING
BOX 4387
HOUSTON, TX  77210

(39.1n)
OSI COLLECTION SERVICES INC
BANKRUPTCY DEPARTMENT
BOX 105127
ATLANTA, GA  30348

(40.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

(3.1)
SELENE FINANCE LP
ATTENTION: CASHIERING DEPARTMENT
9990 RICHMOND SUITE 100
HOUSTON, TX  77042

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                    sv